UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-899-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAMILLA BROE,

    Defendant.
                               /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Edwin Torres' Report and Recommendation filed on January 5, 2010. After having reviewed the transcripts of the hearings held on December 1 and 11, 2009 and conducting a _de novo_ review also, the Government's objections are overruled and counts 4 through 14 are dismissed for the reasons stated in the Report.[1] The Defendant's objections on constitutional speedy trial grounds are overruled. Because defendant Broe cannot be prosecuted in the United States for Counts 1 through 3, the Court need not rule on the separate motion for a speedy trial violation under the Constitution. Thus the Court also agrees with the Magistrate that such motion should be denied as moot.

---

[1] The Court agrees with the defendant's "Third Objection" indicating that the Indictment was not filed "one month after the limitations period on these particular charges expired" because the statute of limitation period on the charges did not expire simultaneously. However that objection has no legal consequence. Of no consequence either is the defendant's "Second Objection" to the Magistrate's comment that the Government has given time and effort on this case.

As there can be no trial on the dismissed counts (4-14) nor on the counts remaining, in accordance with the law regarding her extradition, the case is CLOSED and the defendant shall be discharged from this case as of Wednesday, February 24, 2010.

DONE and ORDERED in Miami-Dade County Florida, this __18__ day of February, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record